IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| I.T. Productions LLC, | Case No. 3:16 CV 3073 |
| Plaintiff, | O R D E R |
| -vs- | |
| Does 1-10, | JUDGE JACK ZOUHARY |
| Defendant. | |

Plaintiff shall file a status report at least every thirty (30) days regarding the service of subpoenas and the identity of Defendants. If Court assistance is required, counsel should contact Chambers via e-mail (zouhary_chambers@ohnd.uscourts.gov) to request a phone conference.

IT IS SO ORDERED.

                                                      s/ *Jack Zouhary*
                                                      JACK ZOUHARY
                                                      U. S. DISTRICT JUDGE

                                                      January 10, 2017