**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| I.T. PRODUCTIONS LLC | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 3:16-cv-3073 |
| | ) | |
| v. | ) | |
| | ) | |
| DOES 1-10, | ) | Judge Jack Zouhary |
| | ) | Magistrate Judge Knepp |
| | ) | |
| Defendants. | ) | |

**ORDER ACCEPTING STIPULATION BETWEEN PLAINTIFF AND**
**BUCKEYE CABLEVISION, INC. RE PLAINTIFF'S RULE 45 SUBPOENA**

Upon consideration of the parties' Proposed Stipulation and the Court being otherwise duly advised in the premises, it is hereby:

ORDERED AND ADJUDGED:

(1)  Buckeye shall have ten (10) days from the date of this Order to serve Doe with a copy of the subpoena and a copy of this Order. Buckeye may serve Doe using any reasonable means, including written notice to his or her last known address, sent by either first-class mail or overnight service. Buckeye will file Notice of its service with this Court.

(2)  Doe shall have eighteen (18) days from the date of service of that subpoena to file any motions with this Court, including any motions to quash or modify the subpoena, or to retain counsel to appear and answer on behalf of Doe, using only the digital identity. If that eighteen (18) day period lapses without Doe contesting the subpoena or appearing, then Buckeye shall have ten (10) days to produce to Plaintiff the information responsive to the subpoena with notice issuing to Doe.

(3)  Buckeye will advise Plaintiff of its reasonable costs incurred in responding to the subpoena. Plaintiff shall forward payment of those costs to Buckeye within twenty (20) days. Buckeye's production shall **not** depend on prior receipt of payment. Any payment disagreement shall promptly be brought to this Court's attention.

(4)  Buckeye shall preserve any subpoenaed information pending the resolution of any timely filed motions, or appearance by Doe, until such time as the Court order disclosure.

(5)  Any information disclosed to Plaintiff in response to a Rule 45 subpoena issued to Buckeye shall be treated by Plaintiff as confidential and may be used by Plaintiff solely for the purpose of protecting Plaintiffs rights as set forth in the Complaint.

It is so ordered.

**ORDERED** this 9th day of February 2017.

By: s/ Jack Zouhary
**UNITED STATES DISTRICT JUDGE**