IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| I.T. Productions LLC | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 3:16-cv-03073 |
| | ) | |
| v. | ) | |
| | ) | |
| DOES 1-10, | ) | Judge Jack Zouhary |
| | ) | Magistrate Judge Knepp |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S STATUS REPORT ON IDENTIFYING
AND SERVING DOE DEFENDANTS 1-10**

The Court has asked Plaintiff's Counsel to provide a status report on the steps that Plaintiff's Counsel has taken to identify and serve Doe Defendants 1-10. To that end, Plaintiff's Counsel reports:

1. Plaintiff filed its Complaint on December 21, 2016.

2. Plaintiff obtained an Order to serve subpoenas on Internet Service Providers ("ISPs") on December 30, 2016.

3. Plaintiff served the subpoenas on ISPs Buckeye Cablevision, Time Warner Cable, Frontier and Verizon on or about January 5, 2017.

4. Armstrong Cable Services identified one Doe.

5. Plaintiff expects Buckeye Cablevision to respond to the subpoena pursuant to the stipulation and Court's order dated February 9, 2017.

6. Plaintiff is reaching out to CenturyLink and Time Warner Cable to determine why they have not yet responded to the plaintiff's subpoenas.

DATED: February 20, 2017

                                            Respectfully Submitted,

                                            _/s/ Timothy A. Shimko_  
                                            Timothy A. Shimko (0006736)  
                                            Shimko Law Offices LLC  
                                            Box 6985  
                                            159 Crocker Park Blvd. Suite 400  
                                            Westlake, Ohio 44145  
                                            Tel. (216) 241-8300  
                                            Fax (216) 539-2015  
                                            tas@shimkolaw.com  
                                            *Attorneys for Plaintiff*