## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| L.T. PRODUCTIONS LLC | * | Case No.  3:16 CV 3073 |
| | * | |
| Plaintiff, | * | Judge Jack Zouhary |
| | * | Magistrate Judge Knepp |
| vs. | * | |
| | * | |
| DOES 1-10 | * | **ANSWER** |
| | * | |
| Defendants. | * | Duane L. Galloway (0011913) |
| | * | Duane L. Galloway & Associates |
| | * | 538 Huron Avenue |
| | * | Sandusky, Ohio 44870 |
| | * | (419) 626-8630 – phone |
| | * | (419) 626-2832 – fax |
| | * | Attorney for Defendant, |
| | * | IP Address 134.228.872.76 |
| | * | |

Now comes the undersigned as counsel for Defendant, Buckeye Broadband Subscriber with Internet Protocol Address 134.228.872.76 and in response to Plaintiff's Complaint responds as follows:

1. Defendant, IP Address 134.228.872.76, denies for want of knowledge each and every allegation set-forth in Paragraphs 1-27 of Plaintiff's Complaint.

2. Defendant, IP Address 134.228.872.76, denies each and every allegation contained in Paragraph 28 of Plaintiff's Complaint.

3. Defendant, IP Address 134.228.872.76, denies for want of knowledge each and every allegation set-forth in Paragraphs 29 and 30 of Plaintiff's Complaint.

4. Defendant, IP Address 134.228.872.76, denies each and every allegation contained in Paragraphs 31 and 32 of Plaintiff's Complaint.

5. Defendant, IP Address 134.228.872.76, denies for want of knowledge each and every allegation set-forth in Paragraph 33 of Plaintiff's Complaint.

6. Defendant, IP Address 134.228.872.76, denies each and every allegation contained in Paragraph 34 of Plaintiff's Complaint.

7. Defendant, IP Address 134.228.872.76, denies for want of knowledge each and every allegation set-forth in Paragraphs 35-41 of Plaintiff's Complaint.

8. Defendant, IP Address 134.228.872.76, denies each and every allegation contained in Paragraphs 42-48 of Plaintiff's Complaint.

1

**WHEREFORE**, Defendant, IP Address 134.228.872.76, prays that this action be dismissed, costs to the Plaintiff.

Respectfully Submitted,

Duane L. Galloway (0011913)
Attorney for Defendant,
IP Address 134.228.872.76

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing was sent by regular U.S. mail on the 24th of February, 2017 to the following:

Timothy A. Shimko, Esq.
1010 Ohio Savings Plaza
1801 East 9th Street
Cleveland, OH 44114
Attorney for Plaintiff

Keith Wilkowski, Esq.
405 Madison Avenue, Suite 21000
Toledo, OH 43604
Attorney for Buckeye Cablevision, Inc.
(dba Buckeye Broadband)

Duane L. Galloway (0011913)

2