IN THE UNITED STATES DISTRICT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| I.T. PRODUCTIONS, LLC. | ) | |
| | ) | CASE NO. 2:16-cv-1192 |
| | ) | |
| | ) | |
| Plaintiff, | ) | Judge Jack Zouhary |
| | ) | Mag. Judge James Knepp |
| Vs. | ) | |
| | ) | Plaintiff's Supplemental Initial |
| Marvin Weed, et al. | ) | Disclosures pursuant to FRCP 26(a) |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S SUPPLEMENTAL FRCP 26(a) DISCLOSURES

Without waiving any work product protection or other privilege, in good faith plaintiff I.T. Productions, LLC, ("I.T.") by its undersigned counsel, hereby discloses the following items pursuant to Rule 26(a) of the Federal Rules of Civil Procedure. Plaintiff reserves the right to supplement these disclosures and agrees to do so in good faith as may be proper.

**(i) the name and, if known, the address and telephone number of each individual likely to have discoverable information — along with the subjects of that information — that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;**

1. MICHAEL WICKSTOM

Michael Wickstrom is a principal with Voltage Pictures a primary production company associated with I.T. and represented by plaintiff's counsel, and a witness with respect to the management and licensing of I.T. and Voltage Pictures and is knowledgeable with respect to both Voltage Pictures and I.T. and of the motion picture industry in general. Mr. Wickstom has information on the development of the motion picture, including costs, production, distribution, the general nature of plaintiff's businesses, anti-piracy efforts by plaintiff and the injuries suffered by plaintiff due to piracy.

    Address:     116 N. Robertson Blvd., #200
                         Los Angeles, CA 90048 USA
    Tel:             (323) 606-7630

2. DANIEL ARHEIDT

Daniel Arheidt is a German Citizen, represented by his own counsel.
Daniel Arheidt is an employee of plaintiff's primary investigator, Maverickeye UG, and is a custodian of the records associated with the direct peer-to-peer connection with defendant's IP address and is knowledgeable about associated activity, and records. Mr. Arheidt has

information related to the data collected, data related to defendant's IP address and the infringing torrent / file.

    Address:    Maverickeye UG
                      Heilbronner Strasse 150
                      70191 Stuttgart, Germany

    Tel:          +49 (0)711-49004127

3. BEN PERINO

    Ben Perino is a German Citizen, represented by his own counsel.
    Ben Perino is a developer of the software used by plaintiff's investigator MaverickEye UG, is knowledgeable about the software used by plaintiff's investigator and has knowledge about peer-to-peer file exchanges and the veracity of plaintiff's investigations.

    Address:    Maverickeye UG
                      Heilbronner Strasse 150
                      70191 Stuttgart, Germany

    Tel:          +49 (0)711-49004127

4. ROBERT D. YOUNG

    Mr. Robert D. Young is of Ability Systems Corporation, Aloha, Oregon.
    Robert D. Young is an expert who has reviewed internet technology, ISP operations, home computer networks, remote data tracking techniques, and investigation related matters, including the source code of the MaverickEye technology. Robert D. Young may provide fact and expert testimony related to plaintiff's investigation, the data collected from defendant's IP address, means of collection, and interpret the data.

    Address:    PO Box 6593
                      Aloha, OR 97007
    Tel:          503-259-2614.

5. DR. SIMONE RICHTER

    Dr. Richter is a German citizen.
    Dr. Richter is an expert who has reviewed the MaverickEye technology and is knowledgeable about the software used by plaintiff's investigator and has knowledge about peer-to-peer file exchanges and the veracity of plaintiff's investigations.

    Address:    Heinheimer Straße 38
                      64289 Darmstadt, Germany

    Tel.          +49 (0)711-79481988

6. Time Warner Cable

Time Warner Cable is the ISP used by defendant and has relevant information related to defendants IP address and Internet usage.

7. OTHER PARTIES

It is anticipated that other parties may have relevant information such as Google, which is likely to have a notable search history indexed to defendant's IP address, together with other occupant's of defendant's residence and other parties who may be witnesses disclosed as discovery proceeds.
It is also anticipated that one or more other third party piracy monitoring services, such as those that provided DMCA notices will have additional records related to the infringing conduct which is the subject of this action, including parties such as Excipio, CEG Tek, Rightscorp, and MarkMonitor.
Plaintiff intends to amend these disclosures as may be proper as discovery proceeds.

**(ii) a copy — or a description by category and location — of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;**

Plaintiff or plaintiff's agents and investigators are in possession of observed data related to the infringement by the relevant IP address of plaintiff's motion picture, such data is in Karlsruhe, Germany, together with related forensic hardware and software.
The related forensic hardware may be personally inspected and reviewed by defendant and/or his designated experts. Plaintiff agrees to cooperate in facilitating such review.
Plaintiff or plaintiff's agents and investigators are in possession of at least one data file with relevant data obtained directly from the infringing computer, which is available to defendant. Such data may be considered located in Karlsruhe, Germany or in the virtual "cloud" and will be produced directly to defendant by email on request pursuant to FRCP 34.
Plaintiff or plaintiff's agents and investigators are also in possession of additional data of observed BitTorrent activity that will be produced at cost from plaintiff's investigator Maverickeye.
Plaintiff also identifies the relevant copyright certificate and associated licensing and assignment materials and publicly available registration records.
Plaintiff is also in possession of documents and evidence related to the impact and harm suffered by plaintiff and the industry due to piracy.
Materials, unless identified otherwise, are in plaintiff's offices in Los Angeles, California, or digital and in the virtual "cloud."

**(iii) a computation of each category of damages claimed by the disclosing party — who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; and**

The Plaintiff intends to seek statutory damages for the Defendant's infringement and, as such, have not made any particular computation of damages. Statutory damages will be set according to criteria established by statute and precedent, and may range from $750.00 to $150,000 as a matter of law. Based on currently available information, plaintiff does not intend to seek more than $30,000 in

statutory damages.

Plaintiff reserves the right to seek other economic and compensatory damages based on what may be learned through discovery.

**(iv) for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Plaintiff is not aware of any relevant insurance policies.

DATED this 20th day of November, 2017.

                                       Respectfully Submitted,

                                       */s/ Timothy A. Shimko*
                                       Timothy A. Shimko (0006736)
                                       Shimko Law Offices LLC
                                       159 Crocker Park Blvd. Suite 400
                                       Westlake, Ohio 44145
                                       Tel. (216) 241-8300
                                       Fax (216) 539-2015
                                       tas@shimkolaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2017, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                       */s/ Timothy A. Shimko*
                                       Timothy A. Shimko