IN THE UNITED STATES DISTRICT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| I.T. PRODUCTIONS, LLC. | ) |
| | ) CASE NO. 2:16-cv-1192 |
| | ) |
| | ) |
| Plaintiff, | ) Judge Jack Zouhary |
| | ) Mag. Judge James Knepp |
| Vs. | ) |
| | ) Plaintiff's Notice of Deposition |
| Marvin Weed, et al. | ) of Defendant, Sid Fields |
| | ) |
| Defendants. | ) |

**NOW COMES,** the Plaintiff, and hereby gives notice to the Parties that Plaintiff will take the deposition of Sid Fields on December 19, 2017 at 10:00 am at the offices of Collins Court Reporting / 615 Adams St. / Toledo, Ohio 43604. The deposition shall continue from day to day until completed. The deposition shall be recorded by stenographic means.

Respectfully Submitted,

*[signature]*
Timothy A. Shimko (0006736)
Shimko Law Offices LLC
159 Crocker Park Blvd. Suite 400
Westlake, Ohio 44145
Tel. (216) 241-8300; Fax (216) 539-2015
tas@shimkolaw.com
*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2017, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*[signature]*
Timothy A. Shimko,
*Counsel for Plaintiff*