IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

I.T. Production, LLC,            Case No. 3:16 CV 3073

         Plaintiff,          O R D E R

      -vs-              JUDGE JACK ZOUHARY

Timothy Sartin, et al.,

         Defendants.

This Court held a Phone Status on December 21, 2017. Counsel present: Timothy Shimko, Sr. for Plaintiff; Joseph Bahgat for Defendant Sid Fields.

Plaintiff noticed a deposition (Doc. 74) for December 19, 2017. Counsel dispute whether that deposition was confirmed. This Court will determine later whether sanctions are appropriate. For now, the deposition will be held before January 8, 2017 in Toledo at the offices of Collins Court Reporting. Counsel will confer and agree on any additional particulars.

Counsel will then contact Chambers to hold a further Phone Status.

IT IS SO ORDERED.

                                                  s/ *Jack Zouhary*
                                                  JACK ZOUHARY
                                                  U. S. DISTRICT JUDGE

                                                  December 21, 2017