IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

I.T. Productions, LLC,                                       Case No. 3:16 CV 3073

              Plaintiff,                           O R D E R

   -vs-                                                     JUDGE JACK ZOUHARY

Sid Fields, et al.,

              Defendants.

This Court held a Phone Status on January 5, 2018. Counsel present: Timothy Shimko for Plaintiff; Joseph Bahgat for Defendant Sid Fields.

Pending before this Court is Defendant's Motion for a Protective Order (Doc. 77) prohibiting Plaintiff from deposing Defendant on Sunday, January 7, 2018. Defense counsel advises that his flight from Montana has been cancelled due to weather conditions on the East Coast (Doc. 77-1 at ¶ 12). Plaintiff's counsel also advises that he is scheduled to travel out of the country on Monday, January 8 and will not return until March 2018.

The Motion (Doc. 77) is granted, and the January 7 deposition date is vacated. Counsel for both parties shall exchange documentation of their respective travel arrangements. Further, counsel shall confer to reschedule Defendant's deposition. This Court urges counsel not to wait until March, if at all possible, and encourages them to make use of technology and other law firm staff as appropriate, to avoid further delay. Ultimately, however, this Court leaves those scheduling decisions to counsel's best judgment -- with the caveat that the June 2018 trial date will not be continued absent a showing of good cause.

IT IS SO ORDERED.

                                                  s/ *Jack Zouhary*
                                                  JACK ZOUHARY
                                                  U. S. DISTRICT JUDGE

                                                  January 5, 2018