IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

I.T. Productions, LLC,                                Case No. 3:16 CV 3073

                  Plaintiff,            O R D E R

        -vs-                                JUDGE JACK ZOUHARY

Sid Fields,

                  Defendant.


       This Court reviewed and granted an Application by Plaintiff to the Clerk to Enter Default as to Defendant Jerome McClain (Docs. 66 & 68).  Thereafter, Plaintiff was notified by e-mail on February 13, 2018 that a Motion for Default against Jerome McClain was to be filed no later than March 12, 2018.  This Court has not received a Motion for Default.  Therefore, Defendant Jerome McClain is dismissed without prejudice.

       IT IS SO ORDERED.

                          s/ *Jack Zouhary*
                          JACK ZOUHARY
                          U. S. DISTRICT JUDGE

                          March 21, 2018