IN THE UNITED STATES DISTRICT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **I.T. PRODUCTIONS, LLC.** | ) | |
| | ) | **CASE NO. 3:16-cv-1192** |
| | ) | |
| | ) | |
| Plaintiff, | ) | Judge Jack Zouhary |
| | ) | Mag. Judge James Knepp |
| Vs. | ) | |
| | ) | Plaintiff's Notice of Deposition |
| **Marvin Weed, et al.** | ) | of Defendant, Sid Fields |
| | ) | |
| **Defendants**. | ) | |

**NOW COMES,** the Plaintiff, and hereby gives notice to the Parties that Plaintiff will take the deposition of Sid Fields on May 11, 2018 at 10:00 am at the offices of Attorney Joseph Bahgat / 338 South High St. / Columbus, Ohio 43215. The deposition shall continue from day to day until completed. The deposition shall be recorded by stenographic means.

Respectfully Submitted,

*Timothy A. Shimko*
Timothy A. Shimko (0006736)
Shimko Law Offices LLC
159 Crocker Park Blvd. Suite 400
Westlake, Ohio 44145
Tel. (216) 241-8300; Fax (216) 539-2015
tas@shimkolaw.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2018, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Timothy A. Shimko*
Timothy A. Shimko,
*Counsel for Plaintiff*