IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION


**I.T. PRODUCTIONS, LLC,**          Case No. 3:16 CV 3073

     Plaintiff,

     v.          Magistrate Judge James R. Knepp, II

**SID FIELDS, et al.,**

     Defendants.          ORDER


This Court held a telephonic status conference on May 7, 2018. Counsel present were Timothy Shimko for Plaintiff, and Joseph Bahgat for Defendant Sid Fields.

The trial originally set for **June 13-14, 2018** is hereby VACATED.

The parties shall file a joint status report by **May 25, 2018,** following the Defendant's deposition.

IT IS SO ORDERED.


      s/James R. Knepp II
     United States Magistrate Judge