# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **I.T. PRODUCTIONS, LLC** | ) | CASE NO. 3:16-CV-03073 |
| | ) | |
| **Plaintiffs,** | ) | **MAGISTRATE JUDGE JAMES R. KNEPP, II** |
| | ) | |
| vs. | ) | |
| | ) | **ORDER GRANTING PLAINTIFF'S MOTION** |
| | ) | **TO DISMISS PURSUANT TO F.R.C.P. RULE** |
| **Sid Fields** | ) | **21 WITH   PREJUDICE** |
| | ) | |
| **Defendant.** | ) | |

**UPON MOTION** of the Plaintiff and for good cause shown, Plaintiff's motion to dismiss Defendant, Sid Fields, with prejudice is granted.

July 23, 2018             s/ James R. Knepp, II
    DATE                                              JUDGE